■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAUN JOHNSON, Appellant. [879 NYS2d 757]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered March 8, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.